IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 95-cv-00343-LTB

BERNARD SHATTUCK,

    Petitioner,

v.

ARISTEDES ZAVARAS, and
GALE NORTON, Attorney General,

    Defendants.
_____

**ORDER**
_____

Petitioner's Motion to Appoint Counsel (Doc 36 - filed August 4, 2008) and Petitioner's Petition to Order Respondents to Release Petitioner (Doc 37 - filed August 4, 2008), are DENIED as this case was **DISMISSED JUNE 20, 1995.**

    BY THE COURT:

      s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED:  August 5, 2008