IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 95-cv-00343-LTB

BERNARD SHATTUCK,

       Petitioner,

v.

ARISTEDES ZAVARAS, and
GALE NORTON, Attorney General,

       Defendants.
_____

**ORDER**
_____

       Petitioner's Request This Court to Accept Jurisdiction to Civil Action Rule 60(b)(3) (Doc 42 - filed August 27, 2008) is DENIED.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:  August 28, 2008