**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 95-cv-00343-LTB

BERNARD SHATTUCK,

       Petitioner,

v.

ARISTEDES ZAVARAS, and
GALE NORTON, Attorney General,

       Defendants.
_____

**ORDER**
_____

Petitioner's Objections to Order (Doc 44 - filed October 1, 2008) is DENIED.

                      BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED: October 3, 2008