**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 95-cv-00343-LTB

BERNARD SHATTUCK,

      Petitioner,

v.

ARISTEDES ZAVARES, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

      Respondents.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      Petitioner's Motion for Preliminary Injunction, Motion to Appoint Counsel (Doc 50 - filed January 14, 2009) is **STRICKEN pursuant to the order dismissing this matter entered June 20, 1995**.

Dated:  January 26, 2009
_____