IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00343-LTB

BERNARD SHATTUCK,

      Applicant,

v.

ARISTEDES W. ZAVARAS, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Babcock, Judge

      Applicant has filed a notice of appeal from this court's order denying his motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. The court treated the Rule 60(b) motion as a second or successive habeas petition. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

      ORDERED that a certificate of appealability will not be issued.

      DATED at Denver, Colorado this   30th   day of June, 2009.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            JUDGE, UNITED STATES DISTRICT COURT
                            FOR THE DISTRICT OF COLORADO